**KALIKOW & GUSA, P.L.L.C.**
Attorneys at Law

Barnett N. Kalikow     1405 Harrison Avenue NW, Suite 207     Michael G. Gusa
Olympia, WA 98502
Phone (360) 705-3342
Fax (360) 705-0175

June 24, 2004

Mark Hatcher
Clerk of the Bankruptcy Court
1717 Pacific Avenue
Room 2100
Tacoma, Washington 98402



Case 04-45866 DocType: TR

**Re: Jeffrey Dean Caldwell, Cause No. 04-43920 - PHB**
**Zelda Jenkins, Cause No. 04-45866 - PBS**

Dear Clerk Hatcher or Deputy Clerk:

Enclosed are a notice of hearing on a motion for order shortening time, motion for order shortening time and proposed order shortening time, as well as a notice of hearing on a motion for relief from stay, motion for relief from stay and proposed order granting relief from stay, and a certified statement of Andrew Barkis in support of these motions. Also enclosed is a check in the sum of $150.00 for the associated fees.

As you will note the two cases are assigned to different judges. However, I have spoken with Shawn Utley, Assistant to Judge Snyder and to Mary Snarski, Assistant to Judge Brandt, about having both motions heard by one judge at the same time. Both Ms. Utley and Ms. Snarski authorized me to proceed in this manner.
I
Two additional sets of these documents, marked "Copies" for chambers are also enclosed. Please stamp the date received on the copy of this letter and return it in the enclosed envelope. Thank you in advance for your assistance with this matter. Should there be any questions or concerns, kindly give me a call.

Sincerely,

Michael G. Gusa
Attorney at Law

cc Shawn Utley
    Mary Snarski